*Mr. John Lindsay,* for Plaintiff.

---

No. 5,466.—STATE EX REL. ROBERT KING, RELATOR, *v.* WILL CAVE, JUSTICE OF THE PEACE, RESPONDENT.

Original application for writ of *certiorari* to review a search-warrant proceeding against relator had before respondent.

Decided January 25, 1924.

PER CURIAM.—Upon consideration it is ordered that relator's application for a writ of review be and the same is denied.

*Messrs. Russell, Madeen & Clarke,* for Relator.